UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **MARK P. DONALDSON,**<br><br>Plaintiff,<br><br>vs.<br><br>**LOUIS DEJOY and CHARLOTTE A. BURROWS,**<br><br>Defendants. | 1:20-CV-12775-TGB-PTM<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION TO DENY DEFENDANT'S MOTION TO DISMISS** |

This matter is before the Court on Magistrate Judge Patricia T. Morris's June 2, 2021 Report and Recommendation (ECF No. 32), recommending that Defendant Louis DeJoy's Motion to Dismiss (ECF No. 18) be denied as moot.

The Court has reviewed the Magistrate Judge's Report and Recommendation and finds that it is well-reasoned and supported by the applicable law. The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of the report and recommendation. 28 U.S.C. § 636(b)(1). The district court will make a "de novo determination of those portions of the report . . . to which objection is made." *Id*.

Where, as here, neither party objects to the report, the district court is not obligated to independently review the record. *See Thomas v. Arn*,

474 U.S. 140, 149-52 (1985). The Court will, therefore, accept the Magistrate Judge's Report and Recommendation of June 2, 2021 as this Court's findings of fact and conclusions of law.

Accordingly, it is hereby **ORDERED** that Magistrate Judge Morris's Report and Recommendation (ECF No. 32) is **ACCEPTED** and **ADOPTED**. It is **FURTHER ORDERED** that the Defendant's Motion to Dismiss (ECF No. 18) is **DENIED** as moot.

**IT IS SO ORDERED**

Dated: January 18, 2022   s/Terrence G. Berg
                          TERRENCE G. BERG
                          UNITED STATES DISTRICT JUDGE