UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **MARK P. DONALDSON,**  Plaintiff,  vs.  **LOUIS DEJOY and CHARLOTTE A. BURROWS,**  Defendants. | 1:20-CV-12775 -TGB-PTM  **JUDGMENT** |

In accordance with the opinion and order issued on this date;

It is **ORDERED AND ADJUDGED that** the case be **DISMISSED** with prejudice.

Dated at Detroit, Michigan:  May 25, 2022

                                                  KINIKIA ESSEX
                                                  CLERK OF THE COURT

                                                  s/A. Chubb
                                                  Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE